IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FLORA V. LOPEZ,**

    **Plaintiff,**

v.                                           No. CIV 15-0822 WJ/LAM

**BOARD OF COUNTY COMMISSIONERS**
**for LEA COUNTY, et al.,**

    **Defendants.**

## **ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed her complaint in this case on September 18, 2015. [*Doc. 1*]. The record shows that summonses were issued as to all Defendants on September 21, 2015; however, the record does not reflect that Defendants Board of County Commissioners for Lea County, Lea County Sheriff's Department, or Mark C. Hargrove have been served with the summons and complaint. Federal Rule of Civil Procedure 4(m) provides that, if a defendant is not served within 90 days after the complaint is filed, "the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**IT IS THEREFORE ORDERED** that Plaintiff is directed to serve process on Defendants Board of County Commissioners for Lea County, Lea County Sheriff's Department, and Mark C. Hargrove **on or before June 2, 2016**, or show cause why she has failed to do so. Failure to comply with this Court's order will result in the recommendation that the Complaint be dismissed without prejudice as to these Defendants for failure to prosecute.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**