## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

FLORA V. LOPEZ,

       Plaintiff,

v.                                                                    No. CIV-15-0822 WJ/LAM

BOARD OF COUNTY COMMISSIONERS
FOR LEA COUNTY, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC HEARING

MATTER(S) TO BE HEARD:              **Discovery Dispute**

DATE AND TIME OF HEARING:      **Friday, November 18, 2016 at 10:00 a.m.**
**(Trailing Docket – parties must be available**
**15 minutes prior to this time)**

LOCATION:                                           U.S. Courthouse and Federal Building, 5th Floor,
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

      <u>**The Court shall initiate the call - if the parties will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers as soon as possible.**</u>  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

      **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**